AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF __GUAM__

UNITED STATES OF AMERICA

V.

ALEXANDER C. CHAN and
MICHELLE K. CHAN

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **02-00013**

**FILED**
DISTRICT COURT OF GUAM

APR 3 0 2002

MARY L.M. MORAN
CLERK OF COURT

TO: (Name and Address of Defendant)
Michelle K. Chan
P.O. Box 10087
Tamuning, Guam 96931

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT W. PEARSON, SAUSA
MARIVIC P. DAVID, AUSA
U.S. Attorney's Office
Sirena Plaza
108 Hernan Cortez, Suite 500
Agana, Guam 96910

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Mary L. M. Moran
CLERK

APR 23 2002
DATE

BY DEPUTY CLERK

ORIGINAL