ORIGINAL

**CHAN_A&C.dft**

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

F I L E D
DISTRICT COURT OF GUAM

MAY 2 2 2002

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00013 |
| Plaintiff, ) | |
| vs. ) | DECLARATION OF ROBERT W. PEARSON |
| ALEXANDER C. CHAN and ) MICHELLE K. CHAN, ) | |
| Defendants. ) | |

## DECLARATION OF ROBERT W. PEARSON

I, ROBERT W. PEARSON, declare that:

1. I am the Special Assistant U.S. Attorney who represents plaintiff in this action.

2. Defendants reside within the Territory of Guam.

3. According to available records and my best information and belief, the Defendants are not infants or incompetent persons and are not in the military service of the United States within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act.

4. Defendants have been properly served with the Summons and Complaint on April 29, 2002, as shown on the attached copies of the United States Marshals Service Return of Service and Summons.

//

5. Defendants have failed to appear or file an answer within the time required by law.

6. The default of defendants herein and judgment against them as prayed for in the complaint should be entered.

7. The claim of the plaintiff, United States of America, is for a sum certain in a complaint for a debt owed the U.S. Small Business Administration. There is now due and owing from defendants to plaintiff, principal amounts of $87,697.06 and $11,052.15, plus accrued interest to March 19, 2002 in the sums of $25,245.02 and $2,448.29 and interest thereafter to the date of judgment at the rate of 4.0 percent per annum, and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), fees; and for such other and further relief as this Court deems just and proper.

Executed: 05/22/02 , at Hagåtña, Guam.

ROBERT W. PEARSON
Special Assistant U.S. Attorney

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CIV02-00013 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ALEXANDER C. CHAN | SERVICE OF COMPLAINT & SUMMONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alexander C. Chan

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
143 Las Palmas
Dededo, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SSN 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    DOB 01-28-55

**RECEIVED APR 30 2002 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT
ROBERT W. PEARSON, SAUSA
TELEPHONE NUMBER: (671) 472-7332
DATE: 4/24/02

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)
(Same as above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**NOTE**

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

# United States District Court

DISTRICT OF __GUAM__

UNITED STATES OF AMERICA

v.

ALEXANDER C. CHAN and
MICHELLE K. CHAN

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 02-00013

**FILED**
DISTRICT COURT OF GUAM

APR 3 0 2002

MARY L.M. MORAN
CLERK OF COURT

TO: (Name and Address of Defendant)

Alexander C. Chan
P.O. Box 10087
Tamuning, Guam 96931

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT W. PEARSON, SAUSA
MARIVIC P. DAVID, AUSA
U.S. Attorney's Office
Sirena Plaza
108 Hernan Cortez, Suite 500
Agana, Guam 96910

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Mary L. M. Moran
CLERK

_/s/ [signature]_
BY DEPUTY CLERK

APR 23 2002
DATE

ORIGINAL

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/4/02 |
| NAME OF SERVER (PRINT) R. Manibusan | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Michelle Chang (5:10pm)

☐ Returned unexecuted: ______

☐ Other (specify): ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 7 miles (one way) | $40.00 | $45.18 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/4/02
Date

[signature]
Signature of Server

Chrys, USDC, Hagatna
Guam 96910
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CIV 02-00013 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MICHELLE K. CHANG | SERVICE OF COMPLAINT & SUMMONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michelle K. Chan

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
143 Las Palmas
Dededo, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: 0

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SSN 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   DOB 10-26-54

Last known ph# is 637-4158.

**RECEIVED APR 30 2002 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Signature of Attorney or other Originator requesting service on behalf of:
ROBERT W. PEARSON, SAUSA
[X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (671) 472-7332
DATE: 4/22/02

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

Name and title of individual served (if not shown above): Michelle Chang

Address (complete only if different than shown above): (same as above)

Date of Service: 4/29/02   Time: 5:20 pm

Service Fee: $30.00   Total Mileage Charges: $15.00   Total Charges: $45.00

REMARKS: 7 miles one way [illegible]

FORM USM-285 (Rev. 12/15/80)
3. NOTICE OF SERVICE

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF __GUAM__

UNITED STATES OF AMERICA

V.

ALEXANDER C. CHAN and
MICHELLE K. CHAN

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **02-00013**

FILED
DISTRICT COURT OF GUAM

APR 3 0 2002

MARY L.M. MORAN
CLERK OF COURT

TO: (Name and Address of Defendant)
Michelle K. Chan
P.O. Box 10087
Tamuning, Guam 96931

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT W. PEARSON, SAUSA
MARIVIC P. DAVID, AUSA
U.S. Attorney's Office
Sirena Plaza
108 Hernan Cortez, Suite 500
Agana, Guam 96910

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Mary L. M. Moran
CLERK

_/s/ [signature]_
BY DEPUTY CLERK

APR 23 2002
DATE

ORIGINAL

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/24/02 |
| NAME OF SERVER (PRINT) R. [illegible] | TITLE D USM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Michelle Chang (5:10pm)

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 7 miles (one way) | $40.00 | $45.18 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/24/02
Date

Signature of Server

USMS, USDC, Hagatna
Guam 96910
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.