ORIGINAL

CHAN_A&M.dft

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 24 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00013 |
| Plaintiff, ) | |
| vs. ) | ENTRY OF DEFAULT |
| ALEXANDER C. CHAN and ) | |
| MICHELLE K. CHAN, ) | |
| Defendants. ) | |

In this cause, Defendants ALEXANDER C. CHAN and MICHELLE K. CHAN, having been regularly served with process, as appears from the record and papers on file herein, and having failed to answer the Plaintiff's complaint or otherwise appear, and the time for answering having expired;

NOW, on application of Robert W. Pearson, attorney for Plaintiff, the default of defendants ALEXANDER C. CHAN and MICHELLE K. CHAN is hereby entered herein according to law.

DATED: MAY 24 2002, Hagåtña, Guam.

MARY L.M. MORAN
Clerk of Court
District Court of Guam

By: Renee M. Martinez
Deputy Clerk

RECEIVED
MAY 22 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM