ORIGINAL

CHAN_A&M.dft

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 24 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALEXANDER C. CHAN and ) <br> MICHELLE K. CHAN, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 02-00013 <br><br> DEFAULT JUDGMENT |

## DEFAULT JUDGMENT

In the above-entitled action, Defendants ALEXANDER C. CHAN and MICHELLE K. CHAN were properly served with the Summons and Complaint; defendants ALEXANDER C. CHAN and MICHELLE K. CHAN failed to appear or answer within the time provided by law; and default has been duly entered. A declaration on behalf of the plaintiff required by Rule 55 has been filed setting forth the amounts due to plaintiff from the defendants in accordance with the prayer of the complaint, and also setting forth that defendants are not infants or incompetent persons or in the military service of the United States within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

//

//

//

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiff, United States of America, against defendants ALEXANDER C. CHAN and MICHELLE K. CHAN, in the principal amounts of $87,697.06 and $11,052.15, plus accrued interest to March 19, 2002 in the sums of $25,245.02 and $2,448.29 and interest thereafter to the date of judgment at the rate of 4.0 percent per annum, and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), fees; and for such other and further relief as this Court deems just and proper.

DATED: **MAY 24 2002**, Hagåtña, Guam.

MARY L.M. MORAN
Clerk of Court
District Court of Guam

By: **Renee M. Martinez**
**Deputy Clerk**

**RECEIVED**
MAY 22 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Notice is hereby given that this document was entered on the docket on **MAY 24 2002**. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ **MAY 24 2002**
Deputy Clerk   Date