ORIGINAL

CHAN_A&M.dft

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00013 |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ALEXANDER C. CHAN and ) MICHELLE K. CHAN, ) | |
| Defendants. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that on June 10, 2002, I caused to be served filed copies of the following: **Request for Entry of Default and Default Judgment, Declaration of Robert W. Pearson, Entry of Default** and **Default Judgment**, to defendants at the address shown below:

Alexander C. Chan and
Michelle K. Chan
143 Las Palmas
Dededo, Guam 96929

MICHELLE PEREZ