

FILED
DISTRICT COURT OF GUAM

JUN 11 2002

MARY L. M. MORAN
CLERK OF COURT

# ABSTRACT OF JUDGMENT

Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been o |
|---|---|
| **Alexander C. Chan**<br>**143 Las Palmas**<br>**Dededo, Guam 96929**<br><br><br>SSN: 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<br>DOB: 01-25-55 | **UNITED STATES OF AMERICA**<br>**CIV 02-00013** |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $87,697.06 and $11,052.15 + $25,245.02 and $2,448.29 int. to 03/19/02 + 2.40% int. thereafter + $150.00 Costs | **UNITED STATES ATTORNEY**<br>**SIRENA PLAZA, SUITE 500**<br>**108 HERNAN CORTEZ AVENUE**<br>**HAGATNA, GUAM 96910** | 05/24/02<br>(EOD 05/24/02) |

UNITED STATES OF AMERICA,     CLERK'S OFFICE     U.S. DISTRICT COURT FOR THE
                                                                                                                                                                                                                                                                                                                 DISTRICT OF GUAM
                                                                                                                                                                                                                                                                                                                 SS.

I CERTIFY, That the foregoing is a correct Abstract of Judgment entered or registered by this Court.

Date,      JUN 11 2002

MARY L.M. MORAN, Clerk.

By: _____, Deputy Clerk.

**ORIGINAL**

RECEIVED
JUN 10 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM